**158**

Lillian K. SANDERS, Appellant,

v.

Theodore M. KRANITZ and Elaine K. Kranitz, Appellants,

Donald L. Sanders and Rachel S. Fitzsimmons, Respondents.

No. WD 35077.

Missouri Court of Appeals, Western District.

April 24, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied May 29, 1984.

Application to Transfer Denied June 19, 1984.

Theodore M. Kranitz, Kranitz & Kranitz, St. Joseph, for appellants.

Donald L. Sanders, pro se.

Rexford H. Caruthers, Robert E. McWilliams, Lashly, Caruthers, Baer & Hamel, St. Louis, for respondent Rachel S. Fitzsimmons.

Before SOMERVILLE, P.J., and CLARK and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal by plaintiff from a judgment in favor of defendants in an action for dissolution of a "partnership".

Affirmed. Rule 84.16(b).